IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CITIBANK, N.A. AS TRUSTEE FOR
BNC MORTGAGE LOAN TRUST
2007-3, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-3,

      Plaintiff,

  v.

JOSEPH F. COREY; et al.,

      Defendants.

No.  CIV-S-12-0499-MCE-KJN-PS

ORDER

----

On April 26, 2012, the magistrate judge filed findings and recommendations (ECF No. 8) herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On May 4, 2012, defendant Corey filed objections to the proposed findings and recommendations (ECF No. 9), which have been considered by the Court.

This Court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed

findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed findings and recommendations in full.  Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed April 26, 2012, are ADOPTED.

2. Plaintiff's motion to remand (ECF No. 3) is granted and this matter is remanded to the Superior Court of California, County of Sacramento.

3. The Clerk of Court is directed to close this file and vacate all pending dates.

Dated: July 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE